IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

JOHN E. PLUNKETT,  )
  )
    Plaintiff,  ) No. 6:12-cv-466-AA
  )
  v.  ) JUDGMENT
  )
  )
WILSON-HEIRGOOD ASSOCIATES;  )
ALEXANDER AND ALEXANDER CONSULTING )
AND RISK MANAGEMENT, INC; FIRE  )
INSURANCE RISK ENTERPRISE, LLC;  )
JOHN DOE 1; JOHN DOE 2; JOHN DOE,  )
INC.,  )
  )
    Defendants.  )
  )

    This action is dismissed with prejudice and without costs to either party.

    DATED this _4th_ day of March, 2013.

                              /s/ Ann Aiken
                               Ann Aiken
                        United States District Judge

1 - JUDGMENT